UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
NORMAN ROWE, P.C.,

                              Plaintiff,

              -against-

                                       1:25-cv-00959 (ALC)

BLUE CROSS BLUE SHIELD FEDERAL
EMPLOYEE PROGRAM.,                     **ORDER**

                          Defendant.

------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       On February 28, 2025, Defendant Blue Cross Blue Shield Association filed a letter motion requesting a pre-motion conference regarding their anticipated motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). ECF No. 9. On March 25, 2025, Plaintiff Norman L. Rowe PLLC filed a letter response in opposition. ECF 12. The Court hereby denies the request for a pre-motion conference and sets the following briefing schedule:

       Defendant's Motion to Dismiss:              April 25, 2025

       Plaintiff's Opposition Brief:                  May 9, 2025

       Defendant's Reply:                            May 16, 2025

**SO ORDERED.**

**Dated:   April 9, 2025**

        New York, New York                             **ANDREW L. CARTER, JR.**
                                                                  **United States District Judge**